## Smith P. Giddings, Appellant, v. Mrs. Dora Senneff, Appellee.

**Gen. No. 9,750.**

Heard in this court at February term, 1942; opinion filed April 8, 1942. Clarence J. Schroeder and Adolph H. Kohlhammer, for appellant; Manus & Manus, for appellee; Albert H. Manus, of counsel. Opinion by JUSTICE WOLFE. ''Not to be published in full.''